JONATHAN D. GUYNN
Acting Assistant Attorney General
Civil Division
MICHELLE R. BENNETT
Assistant Branch Director
Federal Programs Branch
STEPHEN M. PEZZI (D.C. Bar 995500)
Chief Litigation Counsel
PARDIS GHEIBI (D.C. Bar No. 90004767)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-3246
Email: pardis.gheibi@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| BIOTECHNOLOGY INNOVATION ORGANIZATION, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>*Defendants* | Case No. 5:26-cv-13372-PCP<br><br>**DECLARATION OF PARDIS GHEIBI IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, TRANSFER**<br><br>Judge: Hon. P. Casey Pitts<br>Courtroom 8 |

I, Pardis Gheibi, declare as follows:

1. I am a Trial Attorney for the United States Department of Justice in the Civil Division's Federal Programs Branch, and counsel for Defendants. I have personal knowledge of the matters set forth below, except those matters that are based on information and belief, which I believe to be true, and could and would testify competently to them if called to do so.

2. On Monday, November 2, 2026, Bonnie E. Devany, an attorney at Arnold & Porter Kaye Scholer LLP, and one of the attorneys for Plaintiffs in this suit, was physically present in the courtroom for the duration of the November 2, 2026 status conference in *PhRMA v. Kennedy*, 26-cv-03498-RCL, (D.D.C. filed Oct. 7, 2026), where the parties and the court discussed the parties' jointly proposed schedule, which the court granted later that day, *see* Scheduling Order, *PhRMA v. Kennedy*, ECF No. 20 (D.D.C. Nov. 2, 2026).

3. I declare under penalty of perjury under the laws of the United States that the above is true and accurate. Executed this 23rd day of November, 2026, in Washington, DC.

Executed on November 23, 2026.

*/s/ Pardis Gheibi*
Pardis Gheibi
Trial Attorney, U.S. Department of Justice